MANUFACTURERS TRUST COMPANY et al., as Administrators of the Estate of SAMUEL KRAUS, Deceased, Appellants, *v.* UNITED STATES MORTGAGE AND TRUST COMPANY, Respondent.

*Banks and banking — executors and administrators — bank not liable for funds belonging to estate checked out by executor for improper or unlawful purpose.*

*Manufacturers Trust Co. v. United States M. & T. Co.*, 213 App Div. 345, affirmed.

(Argued December 3, 1926; decided December 31, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial

Prepared by State Reporter from Appeal Papers

department, entered July 3, 1925, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court. The action was to recover funds belonging to the estate of Samuel Kraus, deceased, alleged to have been lost by reason of irregularities and violations of law by the defendant with which the funds were deposited and the executors who preceded plaintiff in the administration of the estate.

*Copal Mintz* and *Louis S. Posner* for appellants.

*Carroll G. Walter* for respondent.

Judgment affirmed, with costs, on ground that section 231 of Surrogate's Court Act does not change the rule of *Bischoff* v. *Yorkville Bank* (218 N. Y. 106); no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, ANDREWS and LEHMAN, JJ. Not sitting: CRANE, J.